UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ANDREW SUH,<br><br>　　　　　　　　　Petitioner,<br><br>　　-against-<br><br>DEPT OF JUSTICE,<br><br>　　　　　　　　　Respondent. | 22-CV-5775 (LTS)<br><br>CIVIL JUDGMENT |

　　Pursuant to the order issued July 18, 2022, dismissing this action,

　　IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed without prejudice to any civil action that Andrew Suh may wish to bring in the future.

　　The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:　July 18, 2022
　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　/s/ Laura Taylor Swain
　　　　　　　　　　　　　　　　　　　　　　　LAURA TAYLOR SWAIN
　　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge